**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN LEVONDOSKI, | Case No.: 2:20-cv-00953-KJD-NJK |
| Plaintiff, | **Order** |
| v. | |
| JAMES RIVER INSURANCE COMPANY, | |
| Defendant. | |

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case.  Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016).  Defendant failed to file a certificate of interested parties. Accordingly, Defendant must file a certificate of interested parties no later than August 20, 2020.

IT IS SO ORDERED.

Dated: August 17, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE