# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JOHN LEVENDOSKI,

    Plaintiff(s),

v.

JAMES RIVER INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:20-cv-00953-KJD-NJK

**ORDER**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than September 22, 2020.

IT IS SO ORDERED.

Dated: September 15, 2020

                                            Nancy J. Koppe
                                            United States Magistrate Judge