JARED G. CHRISTENSEN, ESQ.
Nevada State Bar No. 11538
DELEELA M. WEINERMAN, ESQ.
Nevada State Bar No. 13985
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
jchristensen@bremerwhyte.com
dweinerman@bremerwhyte.com

Attorneys for Defendant,
James River Insurance Company

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JOHN LEVENDOSKI, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>JAMES RIVER INSURANCE COMPANY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. 2:20-cv-00953-KJD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JOHN LEVENDOSKI, by and through his attorneys of record, Dennis M. Prince, Esq., and Kevin T. Strong, Esq. of PRINCE LAW GROUP, and Defendant JAMES RIVER INSURANCE COMPANY, by and through its attorneys of record, Jared G. Christensen, Esq., and Deleela M. Weinerman, Esq. of Bremer Whyte Brown & O'Meara, LLP, that all of Plaintiff's claims against JAMES RIVER INSURANCE

///

///

///

1256.623  4881-1053-5975.1

COMPANY be dismissed, with prejudice, the parties to each bear their own fees and costs.

| Dated this 1st day of July 2022 | Dated this 5th day of July 2022 |
|---|---|
| PRINCE LAW GROUP | BREMER WHYTE BROWN & O'MEARA, LLP |
| By: */s/ Kevin T. Strong* <br> Dennis M. Prince, Esq. <br> Nevada Bar No. 5092 <br> Kevin T. Strong, Esq. <br> Nevada Bar No. 12107 <br> *Attorneys for Plaintiff* <br> *John Levendoski* | By: */s/ Deleela M. Weinerman* <br> Lucian J. Greco, Jr, Esq. <br> Nevada Bar No. 10600 <br> Jared G. Christensen, Esq. <br> Nevada Bar No. 11538 <br> Deleela M. Weinerman, Esq. <br> Nevada Bar No. 13985 <br> *Attorneys for Defendant,* <br> *James River Insurance Company* |

**ORDER**

**IT IS SO ORDERED:**

Dated: 7/6/2022

_____
**UNITED STATES DISTRICT JUDGE**

The **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** in 2:20-cv-00303-APG-DJA was submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

 */s/ Deleela M. Weinerman*
Lucian J. Greco, Jr, Esq.
Nevada State Bar No. 10600
Jared G. Christensen, Esq.
Nevada State Bar No. 11538
Deleela M. Ivey Weinerman, Esq.
Nevada State Bar No. 13985
*Attorneys for Defendant,*
*James River Insurance Company*

1256.623  4881-1053-5975.1